# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5068**

**September Term, 2020**

**1:20-cv-00296-UNA**

**Filed On:** February 17, 2021

Patrick O. Christian, Displaced with no address,

      Appellant

      v.

United States of America,

      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Katsas and Walker, Circuit Judges; Sentelle, Senior Circuit Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed March 9, 2020, be affirmed. The district court properly dismissed the case on the ground that appellant's allegations are frivolous. See Neitzke v. Williams, 490 U.S. 319, 325 (1989) ("[A] complaint . . . is frivolous where it lacks an arguable basis either in law or in fact.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

#### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
      Daniel J. Reidy
      Deputy Clerk